# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Huntington
Date: 10/6/2015                                                                                  Case Number 2:13-cv-05006
Case Style: Ohio Valley Environmental Coalition vs. Fola Coal Company, LLC
Type of hearing Trial to the Court
Before the honorable: 2514-Chambers
Court Reporter Teresa Ruffner                                                Courtroom Deputy Terry Justice
Attorney(s) for the Plaintiff or Government Joseph Lovett, Michael Becher


Attorney(s) for the Defendant(s) Robert McLusky, Shane Harvey, Jennifer Hughes


Law Clerk Liz Stegeman                                                           Probation Officer

## Trial Time

Non Jury Trial.  Day No: 1

## Non-Trial Time


## Court Time

9:04 am    to 10:43 am
10:58 am   to 12:30 pm
1:47 pm    to 2:56 pm
3:08 pm    to 5:36 pm
Total Court Time: 6 Hours 48 Minutes Court actively conducting trial proceedings/Contested proceedings

## Courtroom Notes

Trial scheduled to commence:  9:00 am
Trial commenced:  9:04 am

Preliminary matter.
Opening statements.

Plaintiffs' 1st witness, Drew McAvoy, sworn & examined.
Plaintiffs' exhibit #30 identified.
Plaintiffs' exhibit #31 identified.
Plaintiffs' exhibit #32 identified.
Plaintiffs' exhibit #51 identified.
Plaintiffs' exhibit #33 identified.
Plaintiffs' exhibit #42 identified.
Recess 10:43 am

Resume 10:58 am
Plaintiffs' exhibit #s 31, 32, 33, and 30 admitted.
Plaintiffs moved the admission of exhibit #51, denied.
Defendant's exhibit #73 identified.
Plaintiffs rested.
Defendant's 1st witness, Alan Meek, sworn & examined.
Defendant's exhibit #81 identified.
Defendant's exhibit #78 identified.
Defendant's exhibit #77 identified.
Defendant's exhibit #79 identified.

## District Judge Daybook Entry

Defendant's exhibit #82 identified.
Defendant's exhibit #87 identified.
Defendant's exhibit #89 identified.
Defendant identified Plaintiffs' exhibit #56.
Defendant identified Plaintiffs' exhibit #55.
Defendant's exhibit #90 identified.
Recess 12:30 pm

Resume 1:47 pm
Continued examination of Mr. Meeks.
Defendant's exhibit #s 73, 79, 78, 77, 81, 82, 87, 89, and 90 admitted.
Plaintiffs' exhibit #s 56 and 55 admitted.
Plaintiffs' exhibit # 57 identified.
Plaintiffs' exhibit # 58 identified.
Plaintiffs' exhibit # 59 identified.
Recess 2:56 pm

Resume 3:08 pm
Continued examination of Mr. Meeks.
Defendant's exhibit #106 identified.
Plaintiffs' exhibit #45 identified.
Defendant's exhibit #106 admitted.
Plaintiffs' exhibit #s 57 and 59 admitted.
Plaintiffs' moved admission of exhibit #58, denied.
Defendants rested.
Plaintiffs to submit pertinent portions of testimony of qualifications of Dr. Baker from phase I of the last OVEC v. Fola trial.
Plaintiffs' rebuttal witness, Matthew Baker, sworn & examined.
Plaintiffs' exhibit #37 identified & admitted.
Defendant's exhibit #107 identified & admitted.
Plaintiff's exhibit #45 admitted.
Closing statements.
Response of the Court and parties.
Adjourn 5:36 pm