# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 10/26/2015                                                            Case Number 2:13-cv-05006
Case Style: Ohio Valley Environmental Coalition vs. Fola Coal Company, LLC
Type of hearing Pretrial Conference
Before the honorable: 2514-Chambers
Court Reporter Teresa Ruffner                                               Courtroom Deputy Law Clerk
Attorney(s) for the Plaintiff or Government Mike Becher


Attorney(s) for the Defendant(s) Jennifer Hughes, Robert McLusky


Law Clerk Elizabeth Stegeman                                                Probation Officer

### Trial Time



### Non-Trial Time

Pretrial conference (including settlement and telephone conferences).


### Court Time

11:00 am   to 11:40 am
Total Court Time: 0 Hours 40 Minutes Non-Trial Time/Uncontested Time

### Courtroom Notes

Conference scheduled to commence:  11:00 am
Conference commenced:  11:00 am

Court and parties discussed appointment of special master.

Recess:  11:40 am